NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SYMVIONICS, INC.,**
*Appellant*

**v.**

**SECRETARY OF THE NAVY,**
*Appellee*

---

2017-2536

---

Appeal from the Armed Services Board of Contract Appeals in Nos. 60335, 60612, Administrative Judge James R. Sweet, Administrative Judge Owen C. Wilson, Administrative Judge Richard Shackleford.

---

## JUDGMENT

---

LARS ERIC ANDERSON, Odin, Feldman & Pittleman, PC, Reston, VA, argued for appellant.

JESSICA R. TOPLIN, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by ALLISON KIDD-MILLER, ROBERT EDWARD KIRSCHMAN, JR., CHAD A. READLER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, O'MALLEY, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 3, 2018            /s/ Peter R. Marksteiner
        Date                    Peter R. Marksteiner
                                Clerk of Court